# CRIMINAL CASE COVER SHEET — U.S. ATTORNEY'S OFFICE

20-114 DCLC3

Defendant Name: TAMMY LYNN HAWK

Place of Offense (City & County): Sullivan County

Juvenile: Yes ___ No _X_  Matter to be Sealed: Yes ___ No _X_

Interpreter: No _X_ Yes ___ Language: ___

Total # of Counts: ___ Petty ___ Misdemeanor (Class ___) _4_ Felony

| | ORIGINAL INFORMATION<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| | 18 USC § 1343 - Wire Fraud | 1 |
| | 18 USC § 1028A(a)(1) - Aggravated Identity Theft | 2 |
| | 18 USC § 1956(a)(1)(A)(i) – Money Laundering | 3 |
| | 26 USC § 7206(1) - Making a False Tax Return | 4 |

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No _X_ Yes ___

Defendant on Supervised Release: Yes ___ No _X_

Violation Warrant Issued? No ___ Yes ___ Case No. _____

Related Case(s):

Case Number      Defendant's attorney      How related

## Criminal Informations:

Pending criminal case: No _X_ Yes ___ Case No. _____

New Separate Case _X_      Supersedes Pending Case _____

Name of defendant's attorney: _E. Lynn Dougherty_

Retained: _X_      Appointed: ___

Date: December 3, 2020      Signature of AUSA: *s/ Mac D. Heavener, III*