IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

**CRIMINAL MINUTES: Plea to Information**

USA v TAMMY LYNN HAWK

Case No 2:20-CR-114  Date January 19, 2021  Time 10:00 -10:40 A.M.

**Hon. CLIFTON L. CORKER, District Judge, Presiding**

| KIM OTTINGER | LISA WEBB | MAC HEAVENER |
|---|---|---|
| Deputy Clerk | Court Reporter/Tape | Asst. U. S. Attorney |

| DEFENDANT | ATTORNEY |
|---|---|
| TAMMY LYNN HAWK | E. LYNN DOUGHERTY |

**PROCEEDINGS:**

Defendant sworn

Statements by counsel for Defendant

Court questions defendant regarding physical and mental conditions
and advises defendant of nature and possible consequences of plea

Waiver of Indictment filed on **1/19/2021** [ **Doc. 5** ]

Information filed on **12/3/2020** [**Doc. 1**]

Information reading waived

Plea of guilty to count(s) 1, 2, 3, 4- Accepted

PSI report requested

Government counsel acknowledges agreement to conditions of release

Bond and conditions of release set

Orders to enter

**SENTENCING DATE APRIL 23, 2021 @ 10:00 A.M.  Before Clifton L. Corker**
United States District Judge