UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:20-CR-00114-DCLC-CRW |
| | ) | |
| vs. | ) | |
| | ) | |
| TAMMY LYNN HAWK, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge [Doc. 27]. In the Report and Recommendation, the magistrate judge recommends that Defendant's *pro se* Motion for Order to Schedule Payments while Incarcerated [Doc. 24] be denied. Defendant did not file timely objections to the Report and Recommendation.[1] *See* Fed.R.Crim.P. 59(b)(2).

After thorough consideration of Defendant's motion, the United States' Response, and the Report and Recommendation, the Court finds that the Report and Recommendation properly analyzes the issues presented. Therefore, the Court **ACCEPTS** and **ADOPTS** the Report and Recommendation [Doc. 27]. For the reasons set out in the Report and Recommendation, which are incorporated by reference herein, Defendant's motion [Doc. 24] is **DENIED**.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge

---

[1] Failure to file objections within the 14-day period results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).